IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JUAN ALVARADO-GONZALEZ, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 3:19-CV-493-MAB |
| | ) |
| CHRISTOPHER THOMPSON, et al., | ) |
| | ) |
| Defendants. | ) |

## MEMORANDUM AND ORDER

**BEATTY, Magistrate Judge:**

This matter is currently before the Court on Plaintiff's motion for leave to appeal *in forma pauperis* ("IFP") (Doc. 180). Plaintiff was permitted to proceed IFP in this Court on the underlying action (Doc. 5), and therefore, he may continue on appeal IFP without further authorization so long as his appeal is in good faith and his financial status has not changed. 28 U.S.C. § 1915(a)(1) & (3); FED. R. APP. P. 24(a)(3). The Court believes Plaintiff's appeal is taken in good faith. Furthermore, Plaintiff submitted a financial affidavit and a statement from his prison trust fund account that show his financial status has not changed, and he remains indigent (Doc. 180). Accordingly, Plaintiff's motion to proceed on appeal IFP (Doc. 180) is **GRANTED**.

Pursuant to 28 U.S.C. Section 1915(b)(1), Plaintiff is assessed an initial partial filing fee of **$32.17**. The agency having custody of Plaintiff is directed to forward the initial partial filing fee from Plaintiff's account to the Clerk of Court upon receipt of this Order. Plaintiff shall make monthly payments of 20% of the preceding month's income credited

to Plaintiff's prison trust fund account (including all deposits to the inmate account from any source) until the $605.00 appellate filing fee is paid in full. The agency having custody of Plaintiff shall forward payments from Plaintiff's account to the Clerk of Court each time the amount in the account exceeds $10 until the $605.00 filing fee is paid. In addition, Plaintiff shall note that the filing fees for multiple cases accumulate. *See Newlin v. Helman*, 123 F.3d 429, 436 (7th Cir. 1997), *overruled in part on other grounds by Lee v. Clinton*, 209 F.3d 1025 (7th Cir. 2000); *Walker v. O'Brien*, 216 F.3d 626 (7th Cir. 2000). A prisoner who files one suit must remit 20% of his monthly income to the Clerk of Court until his fees have been paid; a prisoner who files a second suit or an appeal must remit 40%; and so on. *Newlin*, 123 F.3d at 436. "Five suits or appeals mean that the prisoner's entire monthly income must be turned over to the court until the fees have been paid." *Id.*

Payments shall be mailed to: Clerk of the Court, United States District Court for the Southern District of Illinois, 750 Missouri Avenue, East St. Louis, Illinois 62201. The Clerk is **DIRECTED** to send a copy of this Order to the Trust Fund Officer at Big Muddy River Correctional Center.

**IT IS SO ORDERED.**

**DATED: February 2, 2024**

s/ Mark A. Beatty  
**MARK A. BEATTY**  
**United States Magistrate Judge**